IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 20-CR-1024 |
| Plaintiff, | ) ) | **INDICTMENT** |
| vs. | ) ) | **Count 1** |
| ALAN JAMES JULSON, | ) ) ) | 21 U.S.C. § 841(a)(1): Possession with Intent to Distribute a Controlled Substance |
| Defendant. | ) | |

The Grand Jury charges:

## Count 1

**Possession with Intent to Distribute a Controlled Substance**

On or about October 21, 2019, in the Northern District of Iowa, defendant ALAN JAMES JULSON did knowingly and intentionally possess with intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL

/s/Foreperson  
Grand Jury Foreperson     Sept. 1, 2020
                          Date

PETER E. DEEGAN, JR.
United States Attorney

By: *Liz Dupuich*

LIZ DUPUICH
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 9/1/2020
ROBERT L. PHELPS, CLERK

1