# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 20-CR-1024 |
| ALAN JAMES JULSON | ) |
| Defendant. | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus

[✓] Ad Prosequendum      [ ] Ad Testificandum

Name of Detainee: Alan James Julson          Inmate ID 6878

Detained at: Dubuque County Jail     in the custody of Sheriff Joseph Kennedy

Detainee is:
- a.) [✓] charged in this District by: [✓] Indictment [ ] Information [ ] Complaint Charging Detainee with: Possession with Intent to Distribute a Controlled Substance in violation of Title 21 USC 841(a)(1)
- or b.) [ ] a witness not otherwise available by ordinary process of the Court.

and Detainee will:
- a.) [ ] return to the custody of detaining facility upon conclusion of said proceedings.
- or b.) [✓] be retained in federal custody until final disposition of federal charges.

Appearance is necessary on  Forthwith  at _____

in:   [✓] Cedar Rapids   [ ] Sioux City

09/01/2020
Date

/s/ Liz Dupuich
Elizabeth Dupuich
Assistant United States Attorney
Phone: 319-363-6333

## ORDER FOR WRIT OF HABEAS CORPUS

[✓] Ad Prosequendum      [ ] Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and at any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Sept. 1, 2020
Date

United States District/Magistrate Judge