UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-cr-1024-CJW |
| ) | |
| ALAN JAMES JULSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR ELECTRONIC REVIEW OF PRETRIAL DISCOVERY BY DEFENDANT IN A CORRECTIONAL FACILITY

This matter comes before the Court upon a joint motion for an order to allow for the electronic review of pretrial discovery by Defendant while in a correctional facility pursuant to certain conditions and policies established by the United States Attorney's Office, and the facility housing Defendant. (Doc. 14.) The Court finds as follows:

1. Currently, due to the COVID-19 pandemic, the facility where Defendant is housed ("the Facility") is limiting visitors. The ability of defense attorneys to meet with their clients to review discovery materials in the Facility is likewise limited.

2. The parties seek a supplemental order that modifies the stipulated discovery order entered by the Court (Doc. 9) to allow Defendant to review some of the discovery materials at the Facility, in a manner agreed to by the parties.

3. The Stipulated Discovery Order is hereby modified to the extent necessary to permit the United States to provide selected discovery materials in electronic form to the Facility. Further, Defendant shall be afforded electronic access to such discovery materials pursuant to the terms and conditions agreed to by the parties.

4. Defendant's electronic access to pre-trial discovery in this cause is expressly conditioned on the following:

    a. the ongoing compliance at all times by Defendant with the policies and procedures established by the parties and the Facility; and

    b. the ongoing willingness and ability of the Facility to afford Defendant electronic access to the pre-trial discovery pursuant to the policies and procedures established by the parties.

5. Notwithstanding the modifications made by this Order, all other provisions of Stipulated Discovery Order remain applicable.

IT IS SO ORDERED this 14th day of October, 2020.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa