IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.: 20-CR-1024 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | MOTION TO WITHDRAW |
| ALAN JAMES JULSON, | ) | DUE TO CONFLICT |
| | ) | |
| Defendant. | ) | |

Jill M. Johnston of the Federal Defender's Office respectfully requests the court's permission to withdraw as attorney for Defendant, Alan James Julson, because of a conflict of interest and in support of this motion, states as follows:

1. The Federal Defender's office represents Alan James Julson in connection with an Indictment filed against him on September 1, 2020.

2. A conflict of interest has arisen that requires this office to withdraw from representation of Mr. Julson.

Based on the foregoing, the Federal Defender's office notifies the Court of its conflict of interest in this case and respectfully requests it be allowed to withdraw from representation of Alan James Julson and that an attorney from the CJA panel be appointed.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Jill M. Johnston
JILL M. JOHNSTON
jill_johnston@fd.org
ATTORNEY FOR DEFENDANT

1

CERTIFICATE OF SERVICE

I hereby certify that on November 16 2020, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By:   <u>/s/ A. McClain</u>