# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 20-CR-1024 |
| v. | ) |
| | ) |
| ALAN JAMES JULSON | ) |
| Defendant. | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus

[✓] Ad Prosequendum  [ ] Ad Testificandum

Name of Detainee: Alan James Julson  Inmate ID 6878

Detained at: Dubuque County Jail  in the custody of Sheriff Joseph Kennedy

Detainee is: a.) [✓] charged in this District by: [✓] Indictment [ ] Information [ ] Complaint
Charging Detainee with:
Possession with Intent to Distribute a Controlled Substance in violation of
Title 21 USC 841(a)(1)

or b.) [ ] a witness not otherwise available by ordinary process of the Court.

and Detainee will: a.) [ ] return to the custody of detaining facility upon conclusion of said proceedings.

or b.) [✓] be retained in federal custody until final disposition of federal charges.

Appearance is necessary on Forthwith at _____

in: [✓] Cedar Rapids [ ] Sioux City

*/s/ Liz Dupuich*

09/01/2020
Date

Elizabeth Dupuich
Assistant United States Attorney
Phone: 319-363-6333

## ORDER FOR WRIT OF HABEAS CORPUS

[✓] Ad Prosequendum  [ ] Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and at any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Sept. 1, 2020
Date

United States District/Magistrate Judge

| | |
|---|---|
| I hereby certify and return I Have executed this writ in whole or part by conveying the within stated inmates:<br><br>From **Dubuque Co**<br><br>On **9/3/2020**<br><br>To **N/Iowa**<br><br>On **9/3/2020**<br><br>*Douglas J. Strike*<br>United States Marshal<br><br>_N_ District of **Iowa**<br><br>By _____ Title | I hereby certify and return I Have executed this writ in whole or part by conveying the within stated inmates:<br><br>From _____<br><br>On _____<br><br>To _____<br><br>On _____<br><br>_____<br>United States Marshal<br><br>_____ District of _____<br><br>By _____ Title |

Writ returned partially executed this date. State dismissal order received from Dubuque County. N/Iowa has full custody.

J. Hammitt, Adm. Suppt. Asst. (OA), USMS
10/05/2021