# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ALAN JAMES JULSON, Defendant. | **HEARING MINUTES** Sealed: No <br> Case No.: 20-CR-1024 <br> Presiding Judge: C.J. Williams <br> Deputy Clerk: Nathan Peterson <br> Official Court Record: Patrice Murray   Contract? No <br> Contact Information: PAMurrayReporting@gmail.com |

| Date: | 10/6/2021 | Start: | 2:55 PM | Adjourn: | 3:20 PM | Courtroom: | 3 | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | --- | | | | Time in Chambers: | --- | Telephonic? | No |
| Appearances: | Plaintiff: | AUSA Elizabeth Dupuich | | | | | | |
| | Defendant: | Webb Wassmer (defendant appears personally) | | | | | | |
| | U.S. Probation: | Zach Ward | | | | | | |
| | Interpreter: | --- | Language: | --- | Certified: | --- | Phone: | --- |

| **TYPE OF PROCEEDING:** | **SENTENCING** | Contested? | Yes | Continued from a previous date? | No | |
|---|---|---|---|---|---|---|
| | Objections to PSIR: | 36, 42, 43, 60 by defendant | | Ruling: | 36 withdrawn, others not reached | |
| | Motions to vary/depart: | --- | | Ruling: | --- | |
| | Count(s) dismissed: | --- | | | | |
| | Sentence (See J & C): | 121 months' imprisonment to be served concurrent to any term of imprisonment imposed in the case set forth in paragraph 43 of the PSIR (Doc. 31). | | | | |
| | Fine: | --- | | Special assessment: | $100 | |
| | Supervised Release: | 5 years | | | | |
| | Court's recommendations (if any): | It is recommended that you be designated to a Bureau of Prisons facility or particular medical or mental health facility in close proximity to your family which is commensurate with your security and custody classification needs. <br><br> It is recommended that you participate in the Bureau of Prisons' 500-Hour Comprehensive Residential Drug Abuse Treatment Program or an alternate substance abuse treatment program. <br><br> Court recommends that defendant not be placed at the facility in Oxford, WI | | | | |
| | Defendant is | X  Detained    Released    and shall report    --- | | | | |
| | **Witness/Exhibit List is** | --- | | | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7). | | | | | |
| | Miscellaneous: | Court granted gov't motion for additional level reduction to defendant's offense level for timely acceptance of responsibility. <br><br> Advisory guidelines recommend 121–151 months' imprisonment. <br><br> Parties made argument regarding ultimate disposition. <br><br> Defendant exercised his right to allocution and was advised of his right to appeal. | | | | |